# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                       *Plaintiff,*

v.                                                   Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                       *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Jason Gilbertson

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Natalie Sexsmith
    PO Box 7238
    Ben Franklin Station
    Washington, DC
    20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:   June 27, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Jason Gilbertson

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                            Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Everett Gilbertson

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Natalie Sexsmith
         PO Box 7238
         Ben Franklin Station
         Washington, DC
         20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:  June 27, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served: Everett Gilbertson

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:** Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                        Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Discover Bank

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Natalie Sexsmith
        PO Box 7238
        Ben Franklin Station
        Washington, DC
        20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:  June 27, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Discover Bank

Date of Service: _____

## Method of Service

____ Personally served at this address:
_____
_____
_____

____ Left copies at defendant's usual place of abode with (name of person):
_____
_____

____ Other (specify):
_____
_____
_____

____ Returned unexecuted (reason):
_____
_____
_____

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server: _____

Signature of Server: _____

Date: _____

Server's Address: _____
_____
_____

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                *Plaintiff,*

v.                                      Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:   Citibank (South Dakota) N.A.

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

         Natalie Sexsmith
         PO Box 7238
         Ben Franklin Station
         Washington, DC
         20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:  June 27, 2014

# Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Citibank (South Dakota) N.A.

Date of Service:

## Method of Service

_____ Personally served at this address:

_____ Left copies at defendant's usual place of abode with (name of person):

_____ Other (specify):

_____ Returned unexecuted (reason):

**Service Fees:** Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                          *Plaintiff,*

v.                                          Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                          *Defendant.*

## SUMMONS IN A CIVIL ACTION

To:  Palisades Collections, LLC

     A lawsuit has been filed against you.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Natalie Sexsmith
        PO Box 7238
        Ben Franklin Station
        Washington, DC
        20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*        By:



Signature of Clerk or Deputy Clerk

                                                                    Lori Sampson

Date of Issuance:  June 27, 2014

## Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:     Palisades Collections, LLC

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**   Travel $_____   Service $_____   Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                        *Plaintiff,*

v.                                              Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Otter Tail County

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Natalie Sexsmith
        PO Box 7238
        Ben Franklin Station
        Washington, DC
        20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:  June 27, 2014

## Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:      Otter Tail County

Date of Service:

## Method of Service

____ Personally served at this address:

____ Left copies at defendant's usual place of abode with (name of person):

____ Other (specify):

____ Returned unexecuted (reason):

**Service Fees:**    Travel $_____    Service $_____    Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address:

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

United States of America,

                        *Plaintiff,*

v.                                                       Case No. 0:14–cv–02346–ADM–LIB

Jason Gilbertson, et al.,

                        *Defendant.*

## SUMMONS IN A CIVIL ACTION

To: Bonita Hammel

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        Natalie Sexsmith
        PO Box 7238
        Ben Franklin Station
        Washington, DC
        20044

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*RICHARD D. SLETTEN, CLERK OF COURT*         By:



Signature of Clerk or Deputy Clerk

Lori Sampson

Date of Issuance:  June 27, 2014

AO 440 (Rev. 02/09) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 0:14–cv–02346–ADM–LIB

A copy of the Summons and Complaint has been served in the manner indicated below:

Name of Defendant Served:    Bonita Hammel

Date of Service:

## Method of Service

___ Personally served at this address:

___ Left copies at defendant's usual place of abode with (name of person):

___ Other (specify):

___ Returned unexecuted (reason):

**Service Fees:**  Travel $_____  Service $_____  Total $_____

## Declaration of Server

I declare under the penalty of perjury that the information contained in this Return of Service is true and correct.

Name of Server:

Signature of Server:

Date:

Server's Address: